M. P. No. 78-55. ROADWAY EXPRESS, INC. *v.* RHODE ISLAND COMMISSION FOR HUMAN RIGHTS. The petition for certiorari is granted.

The parties are directed to brief and argue the following issue: Assuming the provision of G.L. 1956 (1968 Reenactment) §28-5-18 which provides for the issuance of a complaint within one year after the committing of an alleged unfair employment practice is directory, should the commission's complaint be dismissed because the 2-year-5-month period intervening between the commission of the act and the issuance of the complaint might be considered as an unreasonable period of delay?

Chief Justice Bevilacqua did not participate. *Kingston & Garrett, Robert W. Garrett,* for plaintiff-respondent. *Julius C. Michaelson,* Attorney General, *E. Martin Stutchfield,* Special Assistant Attorney General, for defendant-petitioner.

C. A. No. 78-10. ARNOLD ROSE *v.* LENORE E. ROSE. Petition for certiorari denied.

Chief Justice Bevilacqua did not participate. *Feiner, Winsten & Landman, Harold H. Winsten,* for petitioner. *Macioci and Grimm, E. Paul Grimm,* for respondent.

March 31, 1978

M. P. No. 78-57. MARGIE V. LANGE *v.* ROBERT V. LANGE. Petition for writ of certiorari is hereby denied. *Robert M. Silva, Michael W. Miller,* for plaintiff-respondent. *Corcoran, Peckham & Hayes, Kathleen Managhan,* for defendant-petitioner.